UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CARLOS SANCHEZ, 05-A-6204, | STIPULATION AND ORDER OF DISCONTINUANCE PURSUANT TO RULE 41(A) |
| Plaintiff, | |
| -against- | |
| HOLLMEN et al., | 9:15-CV-00888 |
| Defendants. | (MAD)(ATB) |

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, plaintiff Carlos Sanchez (DIN: 05-A-6204), appearing *pro se*, and Eric T. Schneiderman, Attorney General of the State of New York, Ryan W. Hickey, Assistant Attorney General, of counsel, appearing for defendants, parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff hereby discontinues this action with prejudice and without damages, costs, interest or attorneys' fees.

Dated: Coxsackie, New York
July 01, 2016

Carlos Sanchez, 05-A-6204
Plaintiff *pro se*
Coxsackie Correctional Facility
11260 Route 9W
P.O. Box 999
Coxsackie, New York 12051-0999



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL - 7 2016
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Dated: Albany, New York
June 29, 2016

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Attorney for Defendants
The Capitol
Albany, New York 12224-0341

By: /s/ Ryan W. Hickey
Ryan W. Hickey
Assistant Attorney General, of Counsel
Bar Roll No. 519020
Telephone: (518) 776-2616
Email: Ryan.Hickey@ag.ny.gov

Dated: Albany, New York
July 11, 2016

SO ORDERED:

/s/ Mae A. D'Agostino
HON. MAE A. D'AGOSTINO
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF NEW YORK<br><br>CARLOS SANCHEZ,<br><br>*Plaintiff*,<br><br>-against-<br><br>LINDA HOLLMEN, et al.<br><br>*Defendant*.<br><br>Civil Action No.<br>15-CV-0888 | **STIPULATION AND (PROPOSED) ORDER OF DISCONTINUANCE PURSUANT TO RULE 41(A)**<br><br>**ERIC T. SCHNEIDERMAN**<br><br>Attorney General of the<br>State of New York<br>Attorney for Defendant A Lowe<br><br>The Capitol<br>Albany, New York 12224-0341<br>(518) 776-2616<br>Fax: (518) 915-7738<br>(Not for service of papers) |

